IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

JANET WILES )
) No. 1-11-0051
v. )
)
MARSHALL COUNTY BOARD OF )
EDUCATION )

O R D E R

The parties' agreed order of compromise and settlement (Docket Entry No. 36) is contemporaneously entered.

As a result, the defendant's motion for summary judgment (Docket Entry No. 27) is DENIED as moot.

The pretrial conference and trial, scheduled on May 22, 2013 and June 4, 2013, respectively, are CANCELLED.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge